# Court of Appeals
# of the State of Georgia

ATLANTA, January 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0251. EDWARD TYRONE RILEY v. GREGORY SAMPSON, WARDEN.**

Edward Tyrone Riley filed an application for review in this Court to challenge a trial court order granting non-party Sheriff Craig D. Owens's motion to quash two subpoenas in the proceedings on Riley's petition for habeas corpus. We lack jurisdiction.

The Supreme Court has appellate jurisdiction over all habeas cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Thus, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/02/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*